**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID A. THOMAS,

    Plaintiff,

    v.

WELLS FARGO BANK, N.A., et al.,

    Defendants.

No. C 12-02458 JSW

**ORDER DISCHARGING ORDER TO SHOW CAUSE AND CONTINUING HEARING**

The Court received Plaintiff's response to the Order to Show Cause ("OSC") and HEREBY DISCHARGES the OSC. Defendants' may file a reply in support of their motion to dismiss by no later than August 29, 2012. The Court FURTHER ORDERS that the hearing on Defendants' motion to dismiss is CONTINUED to September 14, 2012 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: August 22, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A THOMAS,<br><br>    Plaintiff,<br><br> v.<br><br>WELLS FARGO BANK NA et al,<br><br>    Defendant.<br>_____/ | Case Number: CV12-02458 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 22, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David A. Thomas
19500 Mount Jasper Drive
Castro Valley, CA 94552

Dated: August 22, 2012

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk