IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID A. THOMAS,

    Plaintiff,

  v.

WELLS FARGO BANK, N.A., et al.,

    Defendants.
                                     /

No. C 12-02458 JSW

**ORDER VACATING CASE MANAGEMENT CONFERENCE**

    The Court HEREBY VACATES the case management conference currently set for August 31, 2012 at 9:00 a.m. and will reset the case management conference at a later date, if necessary.

**IT IS SO ORDERED.**

Dated: August 22, 2012

                                            JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DAVID A THOMAS,

    Plaintiff,

v.

WELLS FARGO BANK NA et al,

    Defendant.

Case Number: CV12-02458 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 22, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David A. Thomas
19500 Mount Jasper Drive
Castro Valley, CA 94552

Dated: August 22, 2012

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

2